## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |  |
|---|---|---|---|
| In Re: | JOE L WEAVER | § | Case No.: 10-52325 |
|  | MELINDA A WEAVER | § |  |
|  |  | § |  |
|  |  | § |  |
|  |  | § |  |
|  | Debtor(s) | § |  |

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)      The case was filed on 11/23/2010.

2)      This case was confirmed on 02/23/2011.

3)      The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)      The trustee filed action to remedy default by the debtor in performance under the plan on 10/24/2011.

5)      The case was converted on 12/20/2011.

6)      Number of months from filing to the last payment:  9

7)      Number of months case was pending:  14

8)      Total value of assets abandoned by court order:  NA

9)      Total value of assets exempted: $    13,050.00

10)     Amount of unsecured claims discharged without payment $        .00

11)     All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 10,810.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 10,810.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 618.69 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 618.69 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RJM AQUISITIONS FUND | UNSECURED | NA | 92.35 | 92.35 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | NA | 92.35 | 92.35 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 11,270.00 | 11,330.62 | 11,330.62 | .00 | .00 |
| AMERICAN HOME MORTGA | OTHER | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 698.54 | 698.54 | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | 46,170.83 | 45,902.72 | .00 | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | NA | 14,017.70 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 22,079.00 | 22,126.75 | 22,126.75 | 6,191.19 | 493.11 |
| JEFFERSON CAPITAL SY | UNSECURED | 715.00 | 714.25 | 714.25 | .00 | .00 |
| REAL TIME RESOLUTION | UNSECURED | 33,170.83 | 14,014.70 | 14,014.70 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | 187,000.00 | 191,438.37 | .00 | .00 | .00 |
| AMERICAN HOME MTG | OTHER | NA | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 16,431.00 | 15,979.24 | 15,979.24 | 3,152.39 | 354.62 |
| FORD MOTOR CREDIT | UNSECURED | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 14,745.00 | 11,866.77 | 11,866.77 | .00 | .00 |
| ARONSON MONTEREY FIN | UNSECURED | 800.00 | 846.51 | 1,296.51 | .00 | .00 |
| ARONSON FURINTURE | UNSECURED | 2,126.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 981.00 | NA | NA | .00 | .00 |
| FINGERHUT | OTHER | .00 | NA | NA | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 1,494.00 | 1,229.00 | 1,229.00 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 1,097.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 2,933.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PHILLIPS | UNSECURED | 384.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 308.00 | 246.81 | 246.81 | .00 | .00 |
| WOW HARVEY | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| AARONS | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 177.57 | 177.57 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 926.90 | 926.90 | .00 | .00 |
| US CELLULAR | UNSECURED | NA | 312.60 | 312.60 | .00 | .00 |
| ARONSON MONTEREY FIN | SECURED | NA | 450.00 | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,303.41 | 2,303.41 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | NA | .00 | .00 | .00 | .00 |
| AARON'S INC | SECURED | NA | 656.92 | .00 | .00 | .00 |
| AARON'S INC | UNSECURED | NA | 2.98 | 659.90 | .00 | .00 |
| AARON'S INC | SECURED | NA | 283.98 | .00 | .00 | .00 |
| AARON'S INC | UNSECURED | NA | 177.78 | 461.76 | .00 | .00 |
| JIKIMI COBB | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 1,193.08 | 1,193.08 | .00 | .00 |
| US CELLULAR | UNSECURED | NA | 250.66 | 250.66 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 3,105.05 | 3,105.05 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 1,426.51 | 1,426.51 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | NA | 10,249.76 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 10-52325   Doc 52   Filed 01/19/12   Entered 01/19/12 18:59:26   Desc Main
Document     Page 4 of 4

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 38,105.99 | 9,343.58 | 847.73 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 38,105.99 | 9,343.58 | 847.73 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 11,866.77 | .00 | .00 |
| **TOTAL PRIORITY:** | 11,866.77 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 40,532.57 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 618.69 |
| Disbursements to Creditors | $ | 10,191.31 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 10,810.00 |

12)     The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:     01/19/2012                     /s/ Tom Vaughn
                                          Tom Vaughn, Chapter 13 Trustee


**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**